## Louis BONANNO, SR., Plaintiff–Appellant,

v.

## VIRGINIA LAND & IMPROVEMENT CORPORATION, Defendant–Appellee,

and

## Don Cooper, V.P.; Rick Norman, G.M., Defendants.

### No. 14–2404.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Louis Bonanno, Sr., Appellant Pro Se. Paul Charles Miller, Paul C. Miller PLC, Annandale, Virginia, for Appellee.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

### PER CURIAM:

Louis Bonanno, Sr., appeals the district court's order denying Bonanno's Fed. R.Civ.P. 60(b) post-judgment motions to reconsider the court's prior order dismissing his civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Bonanno's informal brief does not challenge the basis for the district court's disposition, Bonanno has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*